UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER NICKELSON, et al., ) | Case No. CV 14-3654 (AJW) |
| Plaintiffs, ) | |
| ) | JUDGMENT |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

It is hereby adjudged that plaintiffs recover nothing, and that defendant is entitled to its costs.

Dated: November 2, 2016

_____
Andrew J. Wistrich
United States Magistrate Judge